# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE THOMAS | CIVIL ACTION |
| v. | NO. 18-4717 |
| WALMART, INC. | DATE OF NOTICE: December 19, 2019 |

## ORDER

**AND NOW**, this 19th day of December, 2019, upon consideration of Plaintiff's Motion for FLSA Conditional Certification, (ECF 16), Defendants' Opposition, (ECF 20), Plaintiff's Reply, (ECF 23), and the arguments advanced at the hearing, and for the reasons stated in the foregoing Memorandum, the Court will conditionally certify a class of "all persons who have worked as a full-time, hourly-paid employee in any position or department in the 18 Sam's Club stores in the geographic market where Plaintiff worked (including Delaware, Eastern Maryland, Southern New Jersey and Eastern Pennsylvania) during the past three years" pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), subject to the modifications to Plaintiff's proposed notice and plan of distribution contained in the foregoing Memorandum.

If there are further disputes with the contents of the notice, the Court will hold a hearing the week of January 13, 2020. Counsel shall advise the Court if a hearing is needed by January 8, 2020. If a hearing is held, each party shall submit a letter two days prior summarizing the nature of dispute.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-4717 Thomas v Walmart\18cv4717 order to go with memorandum.doc