IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TANIELLE THOMAS,** *FOR HERSELF AND ALL OTHERS SIMILARLY SITUATED* <br><br> v. <br><br> **WALMART, INC. & SAM'S WEST, INC.** *d/b/a* SAM'S CLUB | **CIVIL ACTION** <br><br> **NO. 18-4717** |

### ORDER RE: JOINT MOTION FOR APPROVAL OF SETTLEMENT

**AND NOW**, this 5th day of May 2023, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Joint Motion for Approval of the Parties' FSLA Settlement (ECF No. 85) is **GRANTED** in part and **DENIED** in part. The Court will award Plaintiffs' counsel the requested service awards and costs but will limit the attorney's fees at 35% or $175,000.00. Plaintiffs' counsel shall, within fourteen (14) days, provide a revised order with the necessary changes in the allocation of those portions of the settlement award applicable to members of the collective action.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**